**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-1580**

_____

BARBARA GROSHANS,

Plaintiff - Appellant,

versus

GORDON R. ENGLAND, SECRETARY, THE UNITED
STATES NAVY; NANCY DOWLING, In her individual
capacity; MELVIN REICHLING, In his individual
capacity; MAXANNE WITKIN, In her individual
capacity; DONALD FAULKNER, In his individual
capacity,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (CA-01-1438-A)

_____

Submitted: October 7, 2002          Decided: December 3, 2002

_____

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Barbara Groshans, Appellant Pro Se. Dennis Edward Szybala,
Assistant United States Attorney, Alexandria, Virginia, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Barbara Groshans appeals the district court's order dismissing her civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Groshans v. England</u>, No. CA-01-1438-A (E.D. Va. filed Mar. 28, 2002; entered Mar. 29, 2002 & filed May 3, 2002; entered May 6, 2002). Groshans' motion to strike the Appellees' brief is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>